**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA, )
                          )
          Petitioner,     )
     v.                   )
                          )
KIRILL PERCY,             )
                          )
          Respondent.     )
                          )

**PETITION TO ENFORCE INTERNAL REVENUE SUMMONS**

The United States of America, by its attorney, R. Alexander Acosta, United States Attorney in and for the Southern District of Florida, avers to this Court as follows:

I

This proceeding for enforcement of an Internal Revenue Service summons is brought pursuant to §§ 7402(b) and 7604(a) of the Internal Revenue Code of 1986 (26 U.S.C.). This Court has jurisdiction of this action pursuant to 26 U.S.C. §§ 7402(b) and 7604(a) and 28 U.S.C. §§ 1340 and 1345.

II

J. M. Berkowitz is a revenue officer of the Internal Revenue Service, employed in the Office of the Area Director, Small Business Self Employed Compliance Division, Internal Revenue Service, Territory 2, Area 5, with a post of duty in Plantation, Florida. As a revenue officer, she is authorized to issue

1



Internal Revenue Service summons pursuant to the authority contained in 26 U.S.C. § 7602.

III

The respondent, Kirill Percy, currently resides in Aventura, Florida, which is within the jurisdiction of this Court.

IV

Revenue Officer J. M. Berkowitz is conducting an investigation for the purpose of determining the federal income tax liabilities of the respondent (Form 1040) for the years 2001 and 2003 and for the purpose of inquiring into any offense connected with the administration or enforcement of the Internal Revenue laws for the years under investigation.

V

As part of the investigation, on November 12, 2004, Revenue Officer Berkowitz served an Internal Revenue Service summons (Form 2039) directing the respondent to appear before the revenue officer, or any other designated agent of the Internal Revenue Service, on November 24, 2004 to give testimony and to produce for examination and copying certain books, records, papers, or other data, as described the said summons.  An attested copy of the summons was served on the respondent by Revenue Officer Berkowitz on November 12, 2004, by handing an attested copy of the summons to the person to whom it was directed.  A copy of the

summons is attached to the declaration of Revenue Officer Berkowitz as Exhibit A-1, and incorporated herein by reference.

VI

On November 24, 2004, the respondent did not appear in response to the summons.

VII

On February 1, 2005, the respondent's counsel, Bruce M. Gottlieb, Esq., contacted Associate Area Counsel to notify counsel that he represented the petitioner. On February 8, 2005, Associate Area Counsel sent a letter to the respondent's counsel offering the respondent another opportunity to appear, this time before Revenue Officer Berkowitz on February 23, 2005, to satisfy the summons. A copy of that letter is attached to the declaration as Exhibit A-2. On February 23, 2005, in response to this correspondence, the respondent and/or his counsel failed to appear.

VIII

The respondent's refusal to comply with the summons with respect to the years 2001 and 2003 continues to the date of this petition.

IX

The respondent has in his possession, custody, or control information, books, records, papers, and other data which may be

relevant and material to the investigation with respect to the years 2001 and 2003.

X

It is necessary and relevant to obtain the testimony and to examine the books, records, papers, and other data sought by the summons for the years 2001 and 2003 in order to determine the Federal income tax liabilities of Kirill Percy (Form 1040) for the years 1996, 2001 and 2003.

XI

Except for a Wage Tax Statement (Form W-2) which is in the possession of the Internal Revenue Service, the information, books, records, papers, and other data sought by the summons for the years 2001 and 2003, inclusive, are not already in the possession of the Internal Revenue Service.

XII

All administrative steps required by the Internal Revenue Code for the issuance of a summons have been taken.

XIII

A Justice Department referral, as defined by § 7602(c)(2) of the Internal Revenue Code of 1986, is not in effect as to the federal income tax liabilities of Kirill Percy for the years 2001 or 2003.

WHEREFORE the petitioner, respectfully prays:

4

1. That this Court enter an order directing the respondent to show cause, if any, why he should not comply with and obey the aforementioned summons with respect to Kirill Percy for the tax years 2001 and 2003 and each and every requirement thereof;

2. That the Court enter an order directing the respondent to appear before Revenue Officer Berkowitz, or any other designated officer of the Internal Revenue Service at such time and place as may hereafter be fixed by Revenue Officer J. M. Berkowitz and/or her designee, and to give testimony and produce for examination and copying the books, papers, records, or other data concerning Kirill Percy for the tax years 2001 and 2003 as demanded by the summons;

3. That the United States recover its costs in maintaining this action; and

4. That this Court grant such other and further relief as it deems just and proper; and

5. That this Court further order that petitioner be given thirty (30) days from the date of the Order within which to serve respondent with the same.

> R. ALEXANDER ACOSTA
> UNITED STATES ATTORNEY
>
> *[signature]*
>
> Marlene Rodriguez, AUSA
> 99 NE 4th Street, Third Floor
> Florida Bar No.: 0120057
> Miami, Florida 33132
> Telephone Number: 305-961-9206

Facsimile No.: 305-530-7139
e-mail: marlene.rodriguez@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,        )
                                 )
            Petitioner,           )
    v.                            )
                                 )
KIRILL PERCY,                     )
                                 )
            Respondent.           )

**DECLARATION**

I, J. M. Berkowitz, hereby declare as follows:

1.  I am a duly commissioned Revenue Officer employed in the Office of the Area Director, Small Business Self Employed Compliance Division, Internal Revenue Service, Territory 2, Area 5 in Fort Lauderdale, Florida. As a Revenue Officer I am authorized to issue Internal Revenue summonses pursuant to the authority contained in 26 U.S.C., Section 7602.

2.  In my capacity as a Revenue Officer, I am conducting an investigation for the collection of the federal income tax (Form 1040) liabilities of Kirill Percy for the years 2001 and 2003.

3.  In furtherance of the above investigation and in accordance with section 7602 of Title 26, U.S.C., I issued on November 12, 2004, an Internal Revenue Service summons (Form 2039), to Kirill Percy, directing the respondent to appear before me, or any other designated agent of the Internal Revenue Service, on November 24, 2004 to give testimony and to produce

-1-

for examination books, papers, records, or other data as described in said summons. The summons is attached to the petition as Exhibit A-1.

4. On November 12, 2004, I served an attested copy of the Internal Revenue Service summons described in paragraph 3 above on the respondent, Kirill Percy, by handing an attested copy of the summons to the person to whom it was directed, as evidenced in the certificate of service on the reverse side of the summons.

5. On November 24, 2004, the respondent, Kirill Percy, did not appear in response to the summons. The respondent's refusal to comply with the summons continues to the date of this declaration.

6. On January 27, 2005, Associate Area Counsel for the Internal Revenue Service sent a letter to the respondent offering the respondent another opportunity to appear on February 23, 2005, to satisfy the summons. A copy of the letter is attached hereto as Exhibit A-2. The respondent failed to appear on February 23, 2005 in response to the letter. The respondent's refusal to comply with summons with respect to the years 2001 and 2003 continues to the date of this declaration.

7. On February 1, 2005, respondent's counsel, Bruce Gottlieb, contacted the office of the Associate Area Counsel and was asked to provide a completed Power of Attorney Form 2848 which was received on February 4, 2005. On February 8, 2005,

Associate Area Counsel for the Internal Revenue Service sent a letter to the respondent's counsel offering the respondent another opportunity to appear on February 23, 2005, to satisfy the summons. A copy of the letter is attached hereto as Exhibit A-3. The respondent failed to appear on February 23, 2005 in response to the letter.

8. The information, books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

9. It is necessary to obtain the testimony and to examine the books, papers, records or other data sought by the summons in order to complete the investigation regarding the collection of the federal income tax (Form 1040) liabilities of Kirill Percy for the years 2001 and 2003.

10. All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

11. A Justice Department referral, as defined by 26 U.S.C. Section 7602, is not in effect with respect to Kirill Percy for the years under investigation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this  11th  day of  April , 2005.

*J. M. Berkowitz* (signature)
J. M. Berkowitz
Revenue Officer



# Summons

In the matter of __Kirill Percy , 3201 Ne 183rd St Apt 302, Aventura, FL  33160__

Internal Revenue Service (Division): __Small Business/Self Employed__

Industry/Area (name or number): __Small Business/Self Employed - Non SBSE Field Area__

Periods __Calendar years ending December 31, 2001 and December 31, 2003__

## The Commissioner of Internal Revenue

To __Kerill Percy__
At __3201 NE 183rd Street, Apt 302, Aventura, FL 33160__

You are hereby summoned and required to appear before Judy Berkowitz, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All application forms, documents or any other papers that you completed for this condo association.

**Do not write in this space**

---

**Business address and telephone number of IRS officer before whom you are to appear:**

7850 SW 6th Court, Plantation, FL 33324   954-423-7093

**Place and time for appearance at:**   7850 SW 6th Court, Plantation, FL 33324

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039(Rev. 12-2001)
Catalog Number 21405J

on the __24th__ day of __November__, __2004__ at __8:30__ o'clock __A__ m.

Issued under authority of the Internal Revenue Code this __12th__ day of __November__, __2004__

_Signature of Issuing Officer_   **Revenue Officer**
Title

_Signature of Approving Officer (if applicable)_   Title

EXHIBIT A-1

**Original** -- to be kept by IRS



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 11/13/2004 | 12:30 PM |

**How Summons Was Served**

1. ☒ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: _____

| Signature | Title |
|---|---|
| J. M. Berkholtz | Revenue Officer |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____   Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summonsed.

☐ No notice is required.

| Signature | Title |
|---|---|
| | |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
| | |

Form **2039** (Rev. 12-2001)



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
OFFICE OF CHIEF COUNSEL
SMALL BUSINESS/SELF-EMPLOYED DIVISION COUNSEL
1000 S. PINE ISLAND ROAD, SUITE 300, STOP 8100
PLANTATION, FLORIDA 33324
(954) 423-7931
FAX (954) 423-7930

JAN 2 7 2005

CC:SB:3:FTL:GL-104905-04
NJKlahr

Kirill Percy, Esq.
3201 N.E. 183rd Street, Apt. 302
Aventura, FL 33160

In re: U.S. Individual Income Tax Return (Form 1040)
Tax Years: 2001 and 2002
Date Summons Served: November 12, 2004
Appearance Date: November 24, 2004

Dear Mr. Percy:

We have been notified that you did not comply with the above summons requiring you to give testimony or produce documents.

Legal proceedings in the United States District Court may be brought against you for the failure to comply. To avoid such proceedings, you should keep the appointment that has been arranged with the Revenue Officer identified on the attached sheet. You should bring to the address listed on the attached sheet, at the date and time shown, all documents and records specified in the summons.

If you have any questions, please contact the Revenue Officer whose name appears on the attached sheet.

Sincerely,

DONALD L. KORB
Chief Counsel
Internal Revenue Service

By: _____
KENNETH A. HOCHMAN
Associate Area Counsel (SBSE)
IRS ID#58-06770

Enclosure
Cc: R.O. J. Berkowitz

EXHIBIT A-2



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
OFFICE OF CHIEF COUNSEL
SMALL BUSINESS/SELF-EMPLOYED DIVISION COUNSEL
1000 S. PINE ISLAND ROAD, SUITE 300, STOP 8100
PLANTATION, FLORIDA 33324
(954) 423-7931
FAX (954) 423-7930

FEB 8 2005

CC:SB:3:FTL:GL-104905-04
NJKlahr

Bruce M. Gottlieb, Esq.
125 North 45 Avenue
Hollywood, FL 33021

In re: Kirill Percy
U.S. Individual Income Tax Return (Form 1040)
Tax Years: 2001 and 2002
Date Summons Served: November 12, 2004
Appearance Date: November 24, 2004

Dear Mr. Gottlieb:

We have been notified that your client did not comply with the above summons requiring him to give testimony or produce documents.

Legal proceedings in the United States District Court may be brought against your client for the failure to comply. To avoid such proceedings, your client should keep the appointment that has been arranged with the Revenue Officer identified on the attached sheet. Your client should bring to the address listed on the attached sheet, at the date and time shown, all documents and records specified in the summons.

If you have any questions, please contact the Revenue Officer whose name appears on the attached sheet.

Sincerely,

DONALD L. KORB
Chief Counsel
Internal Revenue Service

By: _____
KENNETH A. HOCHMAN
Associate Area Counsel (SBSE)
IRS ID#58-06770

Enclosure
Cc: R.O. J. Berkowitz

EXHIBIT A-3

```
Revenue Officer:        J. M. Berkowitz

Address:                Internal Revenue Service
                        7850 S.W. 6th Court
                        Plantation, Florida 33324

Phone:                  (954) 423-7093

Appointment date:       February 23, 20054

Appointment time:       9:40 AM
```

```
Revenue Officer:        J. M. Berkowitz

Address:                Internal Revenue Service
                        7850 S.W. 6th Court
                        Plantation, Florida 33324

Phone:                  (954) 423-7093

Appointment date:       February 23, 20054

Appointment time:       9:40 AM
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

```
UNITED STATES OF AMERICA,      )
                               )
          Petitioner,          )
     v.                        )
                               )
KIRILL PERCY,                  )
                               )
          Respondent.          )
_____)
```

**ORDER TO SHOW CAUSE**

Upon the Petition of the United States of America, by its attorney, R. Alexander Acosta, United States Attorney for the Southern District of Florida, and the declaration of Revenue Officer J. M. Berkowitz of the Internal Revenue Service and the exhibits attached thereto, it is

ORDERED that Kirill Percy shall, appear before the United States District Court for the Southern District of Florida, presided over by the undersigned in his or her courtroom in the United States Courthouse in _____, Florida, on the _____ day of _____, at _____, to show cause why he should not be compelled to obey the Internal Revenue Service summons served upon him on November 12, 2004.

It is further

-1-

ORDERED that a copy of this Order, together with the Petition and Exhibits thereto, be personally served upon Kirill Percy on or before _____;
and

ORDERED that within five days of service of copy of this Order, the Petition and Exhibits, the respondent shall file and serve a written response to the Petition.

DATED at _____, this _____ day of _____.

_____
UNITED STATES DISTRICT JUDGE

Copies to: AUSA Marlene Rodriguez (305-530-7139)

**JS 44** (Rev. 11/04)

# CIVIL COVER SHEET  06 - 60450

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

## DEFENDANTS
KIRILL PERCY

CIV-LENARD

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Dade
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Marlene Rodriguez, AUSA, 99 NE 4th Street, Third Floor, Miami, Florida 33132. 305-961-9206.
Broward 06-60450/Lenard/Klein

Attorneys (If Known)

(d) Check County Where Action Arose: ☐ DADE  ☐ MONROE  ☒ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
☒ 1  U.S. Government Plaintiff
☐ 2  U.S. Government Defendant
☐ 3  Federal Question (U.S. Government Not a Party)
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment |  |  | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability |  | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits |  | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  |  |  | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment |  | ☐ 791 Empl. Ret. Inc. Security Act | ☒ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | **Habeas Corpus:** |  |  | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  | ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other |  |  |  |
|  |  | ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other | ☐ 555 Prison Condition |  |  |  |
|  | ☐ 440 Other Civil Rights |  |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
26 USC 7402(b) and 7604(a) -- Petition to Enforce IRS Summons
LENGTH OF TRIAL via ___ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE: 4/5/06
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____